UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| QUINTAVIOUS LUNDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. CV416-182 |
| HOMER BRYSON; JAMES K. COX, | ) | |
| JR.; KIMBERLY LOWE; and | ) | |
| WILLIAM STEEDLY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Quintavious Lundy, currently incarcerated in Ware State Prison in Waycross, Georgia, has filed a 42 U.S.C. § 1983 Complaint challenging the conditions of his confinement. Doc. 1. The Clerk mistakenly assigned this case to the Savannah Division of this Court. Since Lundy is in custody in Waycross, this case should have been filed in the Waycross Division. *See* 28 U.S.C. § 90(c)(2). Accordingly, this action is reassigned to the Waycross Division.

**SO ORDERED**, this  17th  day of August, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA